IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FLOORGRAPHICS, INC.,

        Plaintiff,

vs.

NEWS AMERICA IN-STORE
MARKETING SERVICES, INC.,
ET AL.,

        Defendants.

CIVIL ACTION NO. 04-3500 (AET)

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearance of Peter J. Mooney, Esq., Daniel M. Isaacs, Esq. and the law firm of White and Williams, LLP as counsel on behalf of Plaintiff FloorGraphics, Inc. in the above-captioned matter pursuant to Local Rule 102.1.

    Respectfully submitted,

    WHITE AND WILLIAMS, LLP

    _____
    Peter J. Mooney, Esq.
    Daniel M. Isaacs, Esq.
    1800 One Liberty Place
    Philadelphia, PA 19103

Dated: 3-7-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FLOORGRAPHICS, INC.

        Plaintiff,

vs.

NEWS AMERICA IN-STORE
MARKETING SERVICES, INC.,
ET AL.,

        Defendants.

CIVIL ACTION NO. 04-3500 (AET)

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as counsel on behalf of Plaintiff FloorGraphics, Inc. in the above-captioned matter.

Respectfully submitted,

COZEN O'CONNOR PC

_____
Kevin F. Berry, Esq.
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Dated: *March 7, 2005*

## CERTIFICATE OF SERVICE

I, Kevin F. Berry, hereby certify that on this 9th day of March, 2005, that I caused to be served a true and correct copy of the foregoing by U. S. Mail, postage prepaid:

> Steven P. Goodell, Esquire
> GOODELL, PC
> 22 Chambers Street
> Princeton, NJ 08542
>
> Lee N. Abrams, Esquire
> Mayer, Brown, Rowe & Maw LLP
> 190 South La Salle Street
> Chicago, IL 60603-3441
>
> Diane Green-Kelly, Esquire
> Mayer, Brown, Rowe & Maw LLP
> 190 South La Salle Street
> Chicago, IL 60603-3441

_____
Kevin F. Berry