# HERBERT, VAN NESS, CAYCI & GOODELL

A PROFESSIONAL CORPORATION

———— Counselors At Law ————

22 Chambers Street
Princeton, New Jersey 08542
(609) 924-2495 • Fax (609) 924-8732

Michael J. Herbert**†
Stanley C. Van Ness
Karen L. Cayci*
Steven P. Goodell
Michael W. Herbert
Rachel U. Doobrajh•

May 13, 2010

† Certified Civil Trial Attorney
* Member NJ & PA Bar
** Member NJ & DC Bar
• Member NJ & NY Bar

The Honorable Anne E. Thompson, U.S.D.J.
United States District Court
4000 Clarkson S. Fisher Federal Building
402 East State Street
Trenton, New Jersey 08608

Re: *Floorgraphics, Inc. v. News America Marketing In-Store Services, Inc. et al.*, Civ. No. 04-3500 (AET)(DEA)

Dear Judge Thompson:

As directed by the Court, we have drafted an Order memorializing the Court's decision of May 12, 2010.

We are submitting this Order on notice to opposing counsel and pursuant to *L.Civ.R.* 7.1(e), which provides that the Court may sign the Order unless the Court receives specific objection thereto within seven calendar days.

Because the Court did not directly address defendants' motion to enforce the release, the proposed Order indicates that that motion is "dismissed without prejudice as moot."

We appreciate your consideration of this matter.

Respectfully submitted,

Steven P. Goodell

cc: Lee N. Abrams, Esq. (*via electronic mail*)
    Diane Green-Kelly, Esq. (*via electronic mail*)
    Thomas S. Biemer, Esq. (*via electronic mail*)
    Laura E. Vendzules, Esq. *(via electronic mail)*