**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FLOORGRAPHICS, INC.** | |
| **Plaintiff,** | **Civil Action No.:  04-3500 (AET-DEA)** |
| **v.** | **Hon. Anne E. Thompson, U.S.D.J.** |
| **NEWS AMERICA MARKETING IN-STORE SERVICES, INC. et al.,** | |
| **Defendants.** | |

**ORDER**

THIS MATTER having been opened to the Court on a motion for relief pursuant to Rule 60(b), filed by plaintiff Floorgraphics, Inc, and on a motion to enforce the terms of a mutual release, filed by defendants News America Marketing In-Store Store, LLC. and News America In-Store, LLC (collectively News America Marketing); and the Court having considered the submissions of the parties and the oral arguments of counsel; and for the reasons set forth in the opinion of the Court placed on the record on May 12, 2010,

IT IS on this _____ day of May, 2010

ORDERED that plaintiff's motion for relief pursuant to Rule 60(b) be and is hereby is denied; and

IT IS FURTHER ORDERED that defendants' motion to enforce the terms of the mutual release be and hereby is dismissed without prejudice as moot.

_____
Honorable Anne E. Thompson, U.S.D.J.