UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-2721
_____

FLOORGRAPHICS INC.,
Appellant
v.

NEWS AMERICA MARKETING IN-STORE SERVICES, INC;
NEWS AMERICA MARKETING  IN-STORE INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 3-04-cv-03500
District Judge: The Honorable Anne E. Thompson
_____

Argued  March 24, 2011

Before: FUENTES, SMITH, and GREENBERG, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 24, 2011. On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered May 17, 2010, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Each party shall pay its own costs.

Attest:

/s/ Marcia M. Waldron

Clerk

Dated: April 20, 2011

**Certified as a true copy and issued in lieu of a formal mandate on** May 12, 2011

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**